THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone:    (415) 444-5800
Facsimile:    (415) 674-9900
Email:    tfrankovich@disabilitieslaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRISON BENJAMIN KINNEY, | CASE NO. 16-cv-04947 |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| DONALD J. KELLEHER and DONNA B. KELLHER, Co-Trustees of THE KELLEHER FAMILY TRUST of 1990, u/d/t dated July 14, 1990, *et al.*, | |
| Defendants. | |

 The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Respectfully Submitted,

Dated: January 18, 2017        THOMAS E. FRANKOVICH, APLC
                               ***A PROFESSIONAL LAW CORPORATION***

                               By:  /s/ Thomas E. Frankovich
                               Thomas E. Frankovich
                               Attorney for Plaintiff

Dated: January 11, 2017        McNEIL, SILVEIRA, RICE & WILEY

                               By:    /s/ Mark J. Rice
                               Mark J. Rice
                               Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  Jnnuary 18 , 2017

                               _____
                               Hon. Maria-Elena James
                               UNITED STATES MAGISTRATE JUDGE